

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | Action No. 4:07cr60 |
| **CECIL D. RODGERS,** : | |
| **Defendant.** : | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT and NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count 2 of a three (3) count Indictment, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for November 2, 2007 at 2:00 p.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

/s/
Walter D. Kelley, Jr.
United States District Judge

Norfolk, Virginia
August 15, 2007

